UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON FIELDS,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL PARAMO, et al.,<br><br>    Defendants. | No. 2:16-cv-01085 JAM AC P<br><br><br><br>ORDER |

Carlton Fields ("plaintiff") is a state prisoner proceeding pro se with this action pursuant to 42 U.S.C. § 1983. On August 11, 2017, defendant Alexander Liu filed a motion to dismiss. ECF No. 19. On September 1, 2017, plaintiff sought a sixty day extension of time to file an opposition to that motion. ECF No. 23. He claims that he is currently being housed in a mental health crisis bed and does not have access to his property, including his legal materials. Id. at 1. Good cause being shown, plaintiff's motion will be granted.

It is THEREFORE ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 23) is GRANTED; and
2. His response to defendant Liu's motion to dismiss (ECF No. 19) is due sixty days from the date of this order's entry.

DATED: September 6, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE