UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON DWAYNE FIELDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANIEL PARAMO, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-1085 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 24, 2019, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 45. Plaintiff has filed objections to the findings and recommendations. ECF No. 46.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued September 24, 2019 (ECF No. 45) are ADOPTED in full;

2. Defendant Liu's motion to dismiss (ECF No. 19) is GRANTED;

3. Defendant Jackson's motion to dismiss (ECF No. 26) is GRANTED;

4. Plaintiff's motion for summary judgment (ECF No. 38) is DENIED as moot, and

5. Judgment is entered for defendants, and this case is CLOSED.

DATED: November 21, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE